IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 cv 181

| | |
|---|---|
| **NANCY SMITH,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
|    v. ) | **ORDER** |
| ) | |
| **ALEX AZAR,** *in his official capacity as the* ) | |
| *U.S. Department of Health and Human* ) | |
| *Services*, ) | |
| ) | |
|    **Defendant.** ) | |
| _____ ) | |

Before the Court is Defendant's Motion to Extend Time to Respond to the Complaint [# 1]. Defendant asks the Court for a 63-day extension to answer or otherwise respond to the Complaint. Plaintiff has consented to the extension. While sensitive to the issues raised by Defendant, it appears that such a lengthy extension may or may not be necessary.

Accordingly, the Court **GRANTS** the Motion in part and **DENIES** the Motion in part [# 6]. Defendant shall have through **October 19, 2018**, to answer or otherwise respond to the Complaint. If it later appears certain that Defendant will require additional time, the Court will consider a further motion to extend.

Signed: August 23, 2018

*[signature]*

Dennis L. Howell
United States Magistrate Judge