IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 181

| | |
|---|---|
| **NANCY SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ALEX AZAR, in his official capacity** ) | |
| **as Secretary of the U.S. Department** ) | |
| **of Health and Human Services,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

This matter is before the Court upon Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (# 9) and the parties' Joint Motion to Stay (# 10). In their Joint Motion, the parties represent that a settlement of this matter has been reached in principle and that once a written settlement agreement has been finalized and executed, they will move to dismiss this case with prejudice.

Under these circumstances, it does not appear that a general stay of this matter is warranted. However, to assist the parties with the efficient completion of their efforts to resolve this case, for which they are commended, it is ordered as follows:

The parties' Joint Motion to Stay (# 10) is DENIED. However, the parties are allowed thirty (30) days from the date of this Order within which to file a stipulation of dismissal or other appropriate closing documentation. Defendant is not required to respond to Plaintiff's Amended Complaint during this time. Defendant's Unopposed Motion for Extension of Time (# 9) is DENIED AS MOOT.

Signed: November 5, 2018