UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-cv-181-MOC-WCM

NANCY SMITH,

        Plaintiff,

v.

ALEX AZAR,
    in his official capacity as
    Secretary of the U.S. Department of
    Health and Human Services,

        Defendant.

## NOTICE OF DISMISSAL

COMES NOW Plaintiff, Nancy Smith, through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files this notice of voluntary dismissal with prejudice.

This 21st day of December, 2018.

        Respectfully submitted,

        /s/Edward G. Connette
        EDWARD G. CONNETTE
        N.C. Bar No. 9172
        EConnette@essexrichards.com
        NORRIS A. ADAMS, II
        N.C. Bar No. 32552
        nadams@essexrichards.com
        **ESSEX RICHARDS, P.A.**
        1701 South Blvd
        Charlotte, NC 28203
        Ph (704) 377-4300
        Fax (704) 372-1357

**PARRISH LAW OFFICES**

Debra Parrish*
James Pistorino*
Bridget Noonan*
788 Washington Road
Pittsburgh, PA  15228
TEL    412-561-6250
FAX    412-561-6253
Email   Debbie@dparrishlaw.com

*Attorneys for Plaintiff*


*Subject to Admission Pro Hac Vice